COPY ①

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*AMENDED COMPLAINT*
CV-23-06647
(JMA)(LGD)

AJAB M. WOODSON
100 CARMEN AVENUE
EAST MEADOW N.Y. 11554
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓ NO ____

-against-

NASSAU COUNTY
NASSAU UNIVERSITY MEDICAL CENTER
DR. HENNIG (HEAD DOCTOR AT NASSAU COUNTY JAIL).
NASSAU COUNTY JAIL ADMINISTRATION

Defendant(s).

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 21 2023 ★
LONG ISLAND OFFICE
RECEIVED
DEC 21 2023
EDNY PRO SE OFFICE

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** AJAB M. WOODSON

If you are incarcerated, provide the name of the facility and address:

NASSAU COUNTY JAIL
100 CARMEN AVENUE/E1B28/ICN#1987080079
EAST MEADOW N.Y. 11554

Prisoner ID Number: 2023000746-CC#

If you are not incarcerated, provide your current address:

______________________________

______________________________

______________________________

Telephone Number: (516) 546-9582

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

NASSA COUNTY MUNICIPALITY
Full Name

COUNTY EXECUTIVE OFFICE
Job Title

1550 FRANKLIN AVENUE
MINEOLA N.Y. 11501
Address

Defendant No. 2

NASSAU UNIVERSITY MEDICAL CENTER
Full Name

HOSPIDAL
Job Title

HEMPSTEAD TPK EASTMEADOW
11501
Address

Defendant No. 3

DR. HENNIG
Full Name

HEAD DOCTOR
Job Title

NASSAU COUNTY JAIL

100 CARMEN AVENUE, EAST MEADOW 11554
Address

Defendant No. 4

NASSAU COUNTY JAIL (GRIEVANCE ADMINISTRATOR KNIGHT & STAFF)
Full Name

100 CARMEN AVENUE
Job Title

EAST MEADOW N.Y. 11554

Address

Defendant No. 5

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? NASSAU COUNTY JAIL 100 CARMEN AVENUE, EAST MEADOW N.Y. 11554

When did the events happen? (include approximate time and date) BETWEEN 3.17.23 – 9.20.23 TO PRESENT

Facts: (what happened?) ATTACHED ARE THREE PAGES NOTARIZED BY SARRIA DETAILING MY CLAIM. UPON ENTERING CUSTODY OF NASSAU COUNTY POLICE I WAS TAKEN TO N.C.M.C. FOR TREATMENT I WAS THEN ARRAIGNED IN NASSAU COUNTY COURT AND TRANSFERRED TO CUSTODY OF NASSAU COUNTY SHERIF. ONCE IN CUSTODY I WAS IN THE CARE OF NASSAU COUNTY JAIL HEAD DOCTOR HENNIG AND ADMINISTRATION. I HAD SEVERE INJURIES AND WAS FIRST SENT TO GENERAL POPULATION WITH OPEN WOUNDS. THEY BECAME INFECTED AND THEN I WAS PLACED IN A MED CELL UNIT ONCE I WAS STABELIZED I WAS EVALUATED "PERSONALLY" BY DR HENNIG AND WAS SENT BACK TO POPULATION WITH OPEN WOUNDS. DR HENNIG SHOULD HAVE KNOWN I WOULD BE IN DANGER OF A SERIOUS INFECTION IF TRANSFERED. I COMPLAINED VIA GRIEVANCE PROCESS AND WAS NOT REMEDIED UNTIL I DEVELOPED A NEW INFECTION. GRIEVANCE ADMINISTRATIVE COORDINATOR KNIGHT IGNORED MY PLEADS. I WAS SHOWN TO SUSTAIN PERMANENT DAMAGE FROM INFECTION BY MRI GIVEN AFTER I HAD SUFFERED EXTREAME PAIN AT THE HANDS OF NEGLECT BY THE JAIL MEDICAL STAFF.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

MY RIGHT ELBOW IS FROZEN FROM MOTION DUE TO BONE AND TISSUE DAMAGE FROM INFECTION. THE ONLY TREATMENT I AM RECIEVING IS WEEKLY P.T. THAT DOES NOT DO MUCH GOOD TO REPAIR DAMAGED TISSUE. I CAN NO LONGER USE FULL MOTION OF MY RIGHT ARM. I HAVE ALSO NOW DEVELOPED COMPLICATIONS IN RIGHT SHOULDER DUE TO THIS INJURY. I STILL DEAL WIT PAIN AND SWELLING IN THESE AREAS.

I BELIVE THIS HAS AFFECTED ME PERMANTLY TO PERFORM MY JOB AS AN ELECTRICIAN AND DISABLED ME PERMANENTLY

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I AM SEEKING 2,000,000 U.S DOLLARS

I AM SEEKING REPRIMAND OF DR HENNIG'S PHSICIANS LICENCE.

I AM SEEKING THE FEDERAL GOVERNMENT LOOK INTO THE MEDICAL PRACTICE AND UNSANITARY CONDITIONS HERE AT NASSAU COUNTY JAIL.

I declare under penalty of perjury that on 12·18·2023 (date), I delivered this complaint to prison authorities at NASSAU COUNTY JAIL (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12·18·23

[signature]
Signature of Plaintiff

NASSAU COUNTY CORRECTIONAL FACILITY
Name of Prison Facility or Address if not incarcerated

100 CARMEN AVENUE
EAST MEADOW N.Y. 11554

Address

2023000746 #CC
Prisoner ID#

rev. 12/1/2015

1 of (3)

DATE: 12·1·23
RE: AMENDED COMPLAINT
ATTN: COURT CLERK

AJAB M. WOODSON
100 CARMEN AVENUE
EAST MEADOW N.Y. 11554
LOC: E1B28 ICN: 1987080079

Deliberate Indifference Claim.

Inclosed is medical record sick calls dating from June 6. 2023 - November 2023. They are signed by staff that is employed by Nassau County at the Nassau County correctional center. Each one of my sick call complaints are followed up by a Grievance notice i have filed after each time my sick calls were ignored outright or followed by pain management medication and not treatment. The grievances were signed by an officer Knight that should have seen the "inherently dangerous" condition i was in as i continuously complained of swelling and pain. Also no staff at nassau county correctional center was sent by nassau county to "oversee" the sanitary conditions of the medical unit. Dr. Hennig (HEAD DOCTOR) specifically could have had the area holding inmates with "open wounds" was sanitized daily to prevent infections. Detainee's are not even allowed to clean and sanitize there personal sleeping areas. This i belive is deliberate indifference by the county staff and hospital staff. (DARNELL, 849 F.3d at 29)

# Conditions of Confinement,

Also conditions of confinement at one point in my detention were changed from Medical to population with my Right Elbow wound still open. It was not until i developed a "secondary" infection i was bought back to the medical unit and given a stronger dose of antibiotics. During this time i was in agonizing pain from the infection and came to find out from MRI results that i was damaged irriversibly in my right arm by tissue damage from the infection. The inhercently dangerous conditions are as follows. The Floors, toilets, walls, and floors are all cleaned with the same, mop, rags, and water where persons with open wounds are kept. This is a common practice, and the staff (MEDICAL) should have done something to ensure a clean safe enviornment for pretrial detainees with medical needs. Further more The county of Nassau is obligated to ensure the safty of all wards of the County and state by hiring staff to keep a clean and sanitary medical unit. I belive that Dr Hennig and the Grievant coordinator Knight were complisit in not adressing this issue after numerous complaints by myself.

SICK CALL AND ACCESS TO MEDICAL

IN THE ENCLOSED PACKAGE of information is page 4 of the inmate handbook. This clearly places responsibility of medical care at the N.C.C. squarely on NUMC. IN the body of information provided to inmates. I does not instruct detainees on the policy of "sanitary clean enviroment" for detainees with open wounds prone to infection. Nor does the policy give information on sanitary items provided upon entry to keep infection prone wounds clean. IN this package is a time recorded body of sick calls and Grievances that were ignored by not providing infection control rather then pain management. My sick calls were continuously treated as "non-emergency" events and my infection continued to cause damage. DR Henning had personally inspected and smelled infection in my wound and took Substandard action to prevent damage. The doctor went as far as calling me a cry baby and prematurely released me to population from medical with open wound broken bone with infection. I submitt that DR Henning was personally involved with Constitutional deprivation of proper medical care.

Sincerely

[signature]

Sworn to before me this

5th Day of December, 2023

[signature]

Notary Public

Deborah Ann Sappia
Notary Public, State of New York
No. 01SA6366851
Qualified in Nassau County
Commission Expires 10/16/2025

COPY (2)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*AMENDED COMPLAINT*
23 CV-06647
(JMA)(LGD)

AJAB M. WOODSON
100 CARMEN AVENUE
EAST MEADOW N.Y. 11554
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓ NO ____

-against-

NASSAU COUNTY
NASSAU UNIVERSITY MEDICAL CENTER
DR. HENNIG (HEAD DOCTOR AT NASSAU COUNTY JAIL).
NASSAU COUNTY JAIL ADMINISTRATION

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**I.** **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

**A. Name of plaintiff** AJAB M. WOODSON

If you are incarcerated, provide the name of the facility and address:

NASSAU COUNTY JAIL
100 CARMEN AVENUE/E1B28/ICN#1987080079
EAST MEADOW N.Y. 11554

Prisoner ID Number: 2023000746 - CC#

If you are not incarcerated, provide your current address:

Telephone Number: (516) 546-9582

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

NASSA COUNTY MUNICIPALITY
Full Name

COUNTY EXECUTIVE OFFICE
Job Title

1550 FRANKLIN AVENUE
MINEOLA N.Y. 11501
Address

Defendant No. 2

NASSAU UNIVERSITY MEDICAL CENTER
Full Name

HOSPIDAL
Job Title

HEMPSTEAD TPK EASTMEADOW
11501
Address

Defendant No. 3

DR. HENNIG
Full Name

HEAD DOCTOR
Job Title

NASSAU COUNTY JAIL

100 CARMEN AVENUE, EAST MEADOW 11554
Address

Defendant No. 4

NASSAU COUNTY JAIL (GRIEVANCE ADMINISTRATOR KNIGHT & STAFF)
Full Name

100 CARMEN AVENUE
Job Title

EAST MEADOW N.Y. 11554

Address

Defendant No. 5

Full Name

Job Title

Address

II. **Statement of Claim:**

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? NASSAU COUNTY JAIL
100 CARMEN AVENUE, EAST MEADOW N.Y. 11554

When did the events happen? (include approximate time and date) BETWEEN
3·17·23 – 9·20·23 TO PRESENT

Facts: (what happened?) ATTACHED ARE THREE PAGES NOTARIZED BY SAPPIA DETAILING MY CLAIM. UPON ENTERING CUSTODY OF NASSAU COUNTY POLICE I WAS TAKEN TO N.U.M.C. FOR TREATMENT I WAS THEN ARRAIGNED IN NASSAU COUNTY COURT AND TRANSFERRED TO CUSTODY OF NASSAU COUNTY SHERIFF. ONCE IN CUSTODY I WAS IN THE CARE OF NASSAU COUNTY JAIL HEAD DOCTOR HENNIG AND ADMINISTRATION. I HAD SEVERE INJURIES AND WAS FIRST SENT TO GENERAL POPULATION WITH OPEN WOUNDS. THEY BECAME INFECTED AND THEN I WAS PLACED IN A MED CELL UNIT ONCE I WAS STABILIZED I WAS EVALUATED "PERSONALLY" BY DR HENNIG AND WAS SENT BACK TO POPULATION WITH OPEN WOUNDS. DR HENNIG SHOULD HAVE KNOWN I WOULD BE IN DANGER OF A SERIOUS INFECTION IF TRANSFERED. I COMPLAINED VIA GRIEVANCE PROCESS AND WAS NOT REMEDIED UNTIL I DEVELOPED A NEW INFECTION. GRIEVANCE ADMINISTRATIVE COORDINATOR KNIGHT IGNORED MY PLEADS. I WAS SHOWN TO SUSTAIN PERMANENT DAMAGE FROM INFECTION BY MRI GIVEN AFTER I HAD SUFFERED EXTREME PAIN AT THE HANDS OF NEGLECT BY THE JAIL MEDICAL STAFF.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

MY RIGHT ELBOW IS FROZEN FROM MOTION DUE TO BONE AND TISSUE DAMAGE FROM INFECTION. THE ONLY TREATMENT I AM RECIEVING IS WEEKLY P.T. THAT DOES NOT DO MUCH GOOD TO REPAIR DAMAGED TISSUE. I CAN NO LONGER USE FULL MOTION OF MY RIGHT ARM. I HAVE ALSO NOW DEVELOPED COMPLICATIONS IN RIGHT SHOULDER DUE TO THIS INJURY. I STILL DEAL WIT PAIN AND SWELLING IN THESE AREAS.

I BEIIVE THIS hAS AFFECTED ME PERMANTLY to PERFORM MY JOB AS AN ELECTRICIAN AND DISABLED ME PERMANANTLY

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I AM SEEKING 2,000,000 U.S dollars
I AM SEEKING REPRIMAND OF DR HENNIG'S PHSICIANS LICENCE.
I AM SEEKING THE FEDERAL GOVERNMENT LOOK INTO THE MEDICAL PRACTICE AND UNSANITARY CONDITIONS HERE AT NASSAU COUNTY JAIL.

I declare under penalty of perjury that on 12·18·2023 (date), I delivered this complaint to prison authorities at NASSAU COUNTY JAIL (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12·18·23

[signature]
Signature of Plaintiff

NASSAU COUNTY CORRECTIONAL FACILITY
Name of Prison Facility or Address if not incarcerated

100 CARMEN AVENUE
EAST MEADOW N.Y. 11554

Address

2023000746 #CC
Prisoner ID#

1 of (3)

DATE: 12·1·23
RE: AMENDED COMPLAINT
ATTN: COURT CLERK

AJAB M. WOODSON
100 CARMEN AVENUE
EAST MEADOW N.Y. 11554
LOC: E1B28 ICN: 1987080079

Deliberate Indifference Claim.

Inclosed is medical record sick calls dating from June 6: 2023 - November 2023. They are signed by staff that is employed by Nassau County at the Nassau County Correctional center. Each one of my sick call complaints are followed up by a Grievance notice i have filed after each time my sick calls were ignored outright or followed by pain management medication and not treatment. The grievances were signed by an officer Knight that should have seen the "inherently dangerous" condition i was in as i continuously complained of swelling and pain. Also no staff at nassau county correctional center was sent by nassau county to "oversee" the sanitary conditions of the medical unit. Dr. Hennig (HEAD DOCTOR) specifically could have had the area holding inmates with "open wounds" was sanitized daily to prevent infections. Detainee's are not even allowed to clean and sanitize there personal sleeping areas. This i belive is deliberate indifference by the county staff and hospital staff. (DARNELL, 849 F.3d at 29)

# Conditions of Confinement

Also conditions of confinement at one point in my detention were changed from Medical to population with my Right Elbow wound still open. It was not until i developed a "secondary" infection i was bought back to the medical unit and given a stronger dose of antibiotics. During this time i was in agonizing pain from the infection and came to find out from MRI results that i was damaged irriversibly in my right arm by tissue damage from the infection. The inherently dangerous conditions are as follows. The Floors, toilets, walls, and Floors are all cleaned with the same, mop, rags, and water where persons with open wounds are kept. This is a common practice, and the staff (medical) should have done something to ensure a clean safe enviornment for pretrial detainees with medical needs. Further more The county of Nassau is obligated to ensure the safty of all wards of the County and state by hiring staff to keep a clean and sanitary medical unit. I belive that Dr Hennig and the Grievant Coordinator Knight were complisit in not adressing this issue after numerous complaints by myself.

2 of (3)

Sick call and access to medical

IN the enclosed package of information is page 4 of the inmate handbook. This clearly places responsibility of medical care at the N.C.C. squarely on NUMC. IN the body of information provided to inmates, I does not instruct detainees on the policy of "sanitary clean enviroment" for detainees with open wounds prone to infection. Nor does the policy give information on sanitary items provided upon entry to keep infection prone wounds clean. IN this package is a time recorded body of sick calls and Grievances that were ignored by not providing infection control rather then pain management. My sick calls were continuously treated as "non-emergency" events and my infection continued to cause damage. DR Hennig had personally inspected and smelled infection in my wound and took substandard action to prevent damage. The doctor went as far as calling me a cry baby and prematurely released me to population from medical with open wound broken bone with infection. I submitt that DR Hennig was personally involved with constitutional deprivation of proper medical care.

Sincerly
AJAB M Ward

Sworn to before me this
5th Day of December, 2023

Notary Public

Deborah Ann Sappia
Notary Public, State of New York
No. 01SA6366851
Qualified in Nassau County
Commission Expires 10/16/2025

COPY (3)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*AMENDED COMPLAINT*
CV-23-06647
(JMA)(LGD)

AJAB M. WOODSON
100 CARMEN AVENUE
EAST MEADOW N.Y. 11554
Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓ NO ____

-against-

NASSAU COUNTY
NASSAU UNIVERSITY MEDICAL CENTER
DR. HENNIG (HEAD DOCTOR AT NASSAU COUNTY JAIL).
NASSAU COUNTY JAIL ADMINISTRATION

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**I.** **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** AJAB M. WOODSON

If you are incarcerated, provide the name of the facility and address:

NASSAU COUNTY JAIL
100 CARMEN AVENUE / E1B28 / ICN#1987080079
EAST MEADOW N.Y. 11554

Prisoner ID Number: 2023000746 - CC#

If you are not incarcerated, provide your current address:

Telephone Number: (516) 546-9582

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

NASSA COUNTY MUNICIPALITY
Full Name

COUNTY EXECUTIVE OFFICE
Job Title

1550 FRANKLIN AVENUE
MINEOLA N.Y. 11501
Address

Defendant No. 2

NASSAU UNIVERSITY MEDICAL CENTER
Full Name

HOSPIDAL
Job Title

HEMPSTEAD TPK EASTMEADOW
11501
Address

Defendant No. 3

DR. HENNIG
Full Name

HEAD DOCTOR
Job Title

NASSAU COUNTY JAIL

100 CARMEN AVENUE, EAST MEADOW 11554
Address

Defendant No. 4

NASSAU COUNTY JAIL (GRIEVANCE ADMINISTRATO. KNIGHT & STAFF)
Full Name

100 CARMEN AVENUE
Job Title

EAST MEADOW N.Y. 11554

Address

Defendant No. 5

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? NASSAU COUNTY JAIL
100 CARMEN AVENUE, EAST MEADOW N.Y. 11554

When did the events happen? (include approximate time and date) BETWEEN
3.17.23 – 9.20.23 TO PRESENT

Facts: (what happened?) ATTACHED ARE THREE PAGES NOTARIZED BY SARRIA DETAILING MY CLAIM. UPON ENTERING CUSTODY OF NASSAU COUNTY POLICE I WAS TAKEN TO N.U.M.C. FOR TREATMENT I WAS THEN ARRAIGNED IN NASSAU COUNTY COURT AND TRANSFERRED TO CUSTODY OF NASSAU COUNTY SHERIF. ONCE IN CUSTODY I WAS IN THE CARE OF NASSAU COUNTY JAIL HEAD DOCTOR HENNIG AND ADMINISTRATION. I HAD SEVERE INJURIES AND WAS FIRST SENT TO GENERAL POPULATION WITH OPEN WOUNDS. THEY BECAME INFECTED AND THEN I WAS PLACED IN A MEDICAL UNIT ONCE I WAS STABILIZED I WAS EVALUATED "PERSONALLY" BY DR HENNIG AND WAS SENT BACK TO POPULATION WITH OPEN WOUNDS. DR HENNIG SHOULD HAVE KNOWN I WOULD BE IN DANGER OF A SERIOUS INFECTION IF TRANSFERED. I COMPLAINED VIA GRIEVANCE PROCESS AND WAS NOT REMEDIED UNTIL I DEVELOPED A NEW INFECTION. GRIEVANCE ADMINISTRATIVE COORDINATOR KNIGHT IGNORED MY PLEADS. I WAS SHOWN TO SUSTAIN PERMANENT DAMAGE FROM INFECTION BY MRI GIVEN AFTER I HAD SUFFERED EXTREAME PAIN AT THE HANDS OF NEGLECT BY THE JAIL MEDICAL STAFF.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

MY RIGHT ELBOW IS FROZEN FROM MOTION DUE TO BONE AND TISSUE DAMAGE FROM INFECTION. THE ONLY TREATMENT I AM RECEIVING IS WEEKLY P.T. THAT DOES NOT DO MUCH GOOD TO REPAIR DAMAGED TISSUE. I CAN NO LONGER USE FULL MOTION OF MY RIGHT ARM. I HAVE ALSO NOW DEVELOPED COMPLICATIONS IN RIGHT SHOULDER DUE TO THIS INJURY. I STILL DEAL WIT PAIN AND SWELLING IN THESE AREAS.

I BELIVE THIS HAS AFFECTED ME PERMANTLY TO PERFORM MY JOB AS AN ELECTRICIAN AND DISABLED ME PERMANANTLY

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

I AM SEEKING 2,000,000 U.S DOLLARS
I AM SEEKING REPRIMAND OF DR HENNIG'S PHSICIANS LICENCE.
I AM SEEKING THE FEDERAL GOVERNMENT LOOK INTO THE MEDICAL PRACTICE AND UNSANITARY CONDITIONS HERE AT NASSAU COUNTY JAIL.

I declare under penalty of perjury that on 12·18·2023 (date), I delivered this complaint to prison authorities at NASSAU COUNTY JAIL (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12·18·23

[signature]
Signature of Plaintiff

NASSAU COUNTY CORRECTIONAL FACILITY
Name of Prison Facility or Address if not incarcerated

100 CARMEN AVENUE
EAST MEADOW N.Y. 11554

Address

2023000746 #CC
Prisoner ID#

rev. 12/1/2015

DATE: 12·1·23

RE: AMENDED COMPLAINT

ATTN: COURT CLERK

AJAB M. WOODSON
100 CARMEN AVENUE
EAST MEADOW N.Y. 11554
LOC: E1B28 ICN: 1987080079

Deliberate Indifference Claim.

Inclosed is medical record sick calls dating from June 6: 2023 - November 2023. They are signed by staff that is employed by Nassau County at the Nassau County Correctional center. Each one of my sick call complaints are followed up by a Grievance notice i have filed after each time my sick calls were ignored outright or followed by pain management medication and not treatment. The grievances were signed by an officer Knight that should have seen the "inherently dangerous" condition i was in as i continuously complained of swelling and pain. Also no staff at nassau county correctional center was sent by nassau county to "oversee" the sanitary conditions of the medical unit. Dr. Hennig (HEAD DOCTOR) specifically could have had the area holding inmates with "open wounds" was sanitized daily to prevent infections. Detainee's are not even allowed to clean and sanitize there personal sleeping areas. This i belive is deliberate indifference by the county staff and hospital staff. (DARNELL, 849 F.3d at 29)

# Conditions of Confinement

Also conditions of confinement at one point in my detention were changed from Medical to population with my Right Elbow wound still open. It was not until i developed a "secondary" infection i was bought back to the medical unit and given a stronger dose of antibiotics. During this time i was in agonizing pain from the infection and came to find out from MRI results that i was damaged irriversibly in my right arm by tissue damage from the infection. The inherently dangerous conditions are as follows. The floors, toilets, walls, and floors are all cleaned with the same, mop, rags, and water where persons with open wounds are kept. This is a common practice, and the staff (medical) should have done something to ensure a clean safe enviornment for pretrial detainees with medical needs. Further more The county of Nassau is obligated to ensure the safty of all wards of the County and state by hiring staff to keep a clean and sanitary medical unit. I belive that Dr Hennig and the Grievant coordinator Knight were complisit in not adressing this issue after numerous complaints by myself.

2 of (3)

## Sick call and access to medical

IN THE ENCLOSED package of information is page 4 of the inmate handbook. This clearly places responsibility of medical care at the N.C.C. squarely on NUMC. IN the body of information provided to inmates, I does not instruct detainees on the policy of "sanitary clean environment" for detainees with open wounds prone to infection. Nor does the policy give information on sanitary items provided upon entry to keep infection prone wounds clean. IN this package is a time recorded body of sick calls and Grievances that were ignored by not providing infection control rather then pain management. My sick calls were continuously treated as "non-emergency" events and my infection continued to cause damage. DR Henig had personally inspected and smelled infection in my wound and took substandard action to prevent damage. The doctor went as far as calling me a cry baby and prematurely released me to population from medical with open wound broken bone with infection. I submitt that DR Henig was personally involved with constitutional deprivation of proper medical care.

Sincerely
[signature] Ab McDonald

Sworn to before me this
5th Day of December, 2023

[signature]
Notary Public

Deborah Ann Sappia
Notary Public, State of New York
No. 01SA6366851
Qualified in Nassau County
Commission Expires 10/16/2025

happened immediately before, during and after the incident; and any injuries you or anyone else received during the incident. If English is not your primary language, you may write the report in your primary language. Staff are prohibited against retaliating against you for reporting an excessive use of force. Staff are required to report accurately the excessive use of force by themselves or other staff. If you feel you are being retaliated against because you reported an excessive use of force, you should report that, as well.

All complaints relating to allegations of excessive use of force and/or improper reporting of a use of force incident will be thoroughly investigated and, if founded, will result in appropriate Departmental action.

---

## SICK CALL – ACCESS TO MEDICAL

Nassau University Medical Center (NUMC) is responsible for providing medical, mental health and dental care to the inmate population. Upon admission inmates will receive a physical examination. If an inmate refuses, he/she will be placed in Administrative Segregation until compliance is achieved. An inmate may request medical and dental services for the following day by placing his/her name on a sick call form in your housing area before 7:30 PM. Decisions regarding health care services, treatment, medications and hospital referrals are the sole responsibility of the NUMC Medical Staff. All requests for treatment are made by accessing sick call and following the Care Plan detailed by NUMC.

## GRIEVANCE PROCEDURE

The Inmate Grievance Program provides the inmate population with a mechanism to voice complaints in a meaningful fashion. Resolution of inmate complaints in a timely manner is the goal of the program. Informal measures may be utilized before requesting an Inmate Grievance form. Inmates filing a formal grievance shall follow the below listed procedures.

A GRIEVANCE is a written inmate complaint concerning either written or unwritten facility policies, procedures, rules, practices, programs or the action or inaction of any person within the facility.

NON-GRIEVABLE MATTERS: Grievances regarding dispositions, surcharges, and sanctions resulting from disciplinary hearings, administrative segregations decisions, issues that are outside the authority of the chief administrative officer to control, or complaints pertaining to an inmate other than the inmate actually filing the grievance are not grievable and will be returned to the inmate by the Grievance Coordinator. Such grievances may not be appealed to the chief administrative officer or the Citizens' Policy and Complaint Review Council.

You may attempt to resolve your complaint in an informal manner with the housing area officers and/or supervisors prior to filing a written (formal) grievance. If the housing area officers and/or supervisors are unable to resolve your complaint, or if you do not wish to attempt to resolve your complaint in an informal manner, you may access the grievance process by completing a Grievance form. Grievance forms are available in the

**New York State Commission of Correction**
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

**Facility:** Nassau County Correctional Facility **Housing Location:** D2D 5

**Name of Inmate:** [illegible] Woodson **Grievance #:** 049-06-23

**Brief Description of the Grievance** ***(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

I would like a Specialist to look at my MRI from Hospital and I would like a second opinion of treatment needed from a civilian doctor Not Employed by N.C.C.F. I want all [illegible] sent to Fidelis care and my Attorney [illegible] 516 Sunset Drive, Woodmere, N.Y. 11598

**Action requested by the grievant** ***(Submitted by the grievant within 5 days of occurrence):***
**Number of Additional Sheets Attached ( )**

My Case should be treated as i was a civilian. I have a primary care physician and would like my lawyer to forward my records to him as well. DR ALI is in freeport and my Doctor with Fidelis.

**Grievant Signature:** [signature] **Date/Time Submitted:** 6-8-23

**Receiving Staff Signature:** Knight **Date/Time Received:** 6-12-23

**Investigation Completed by:** Knight **Date Completed:** 6/12/2023

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
- ☐ **Grievance Accepted**
- ☐ **Grievance Denied on Merits**
- ☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
- ☑ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

Medical advises that Grievant is scheduled for evaluation at NUMC Ortho Clinic and completed a referral for the grievant to complete the process to request his Medical Records (#)

**Signature of the Grievance Coordinator:** [signature] #36 **Date:** 6/16/23

048-06-23

New York State Commission of Correction

Inmate Grievance Form Part II

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO C.A.O. FOR DETERMINATION

Grievant's Appeal to the Chief Administrative Officer

*Must submit within two business days of receipt of the Grievance Coordinator's written decision*

I have read the above decision of the Grievance Coordinator and

( ) I agree to accept the decision

(X) I am appealing to the Chief Administrative Officer

Grievant Signature: [signature] Date: 6.20.23

Decision of the Chief Administrative Officer: Number of Sheets Attached ( )

*Shall be issued within five business days after receipt of appeal and provided to grievant*

☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CPCRC)

☐ Grievance Accepted (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(l))

☐ Grievance Denied on Merits

☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (may be appealed to CPCRC)

☐ Grievance Denied due to appeal submitted beyond 2 business days (may be appealed to CPCRC)

☑ Grievance Accepted in part/Denied in part (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(l) for the Accepted portion of grievance)

Signature of the Chief Administrative Officer: [signature] Date: 6/21/23

Pursuant to 9 NYCRR §7032.5(a), any grievant may appeal any grievance DENIED by the facility administrator, in whole or in part, to the State Commission of Correction.

I have read the above decision of the Chief Administrative Officer and

( ) I agree to accept the decision

(X) I am appealing to the Citizen's Policy and Complaint Review Council

Grievant Signature: [signature] Date: 6-23.23

## Submission to the Citizen's Policy and Complaint Review Council

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO CPCRC UNLESS C.A.O. HAS ACCEPTED THE GRIEVANCE IN ITS ENTIRETY

NOTE: A GRIEVANCE ACCEPTED IN ITS ENTIRETY BY THE CHIEF ADMINISTRATIVE OFFICER OR FOUND NON-GRIEVABLE BY THE CHIEF ADMINISTRATIVE OFFICER MAY NOT BE APPEALED, AND SHALL NOT BE FORWARDED, TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL.

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL. I HAVE ENCLOSED WITH THIS GRIEVANCE THE INVESTIGATION REPORT, THE WRITTEN DIRECTIVE OF PROVIDED REMEDY/RELIEF FOR GRIEVANCES SUSTAINED IN PART (IF APPLICABLE) AND ALL OTHER PERTINENT DOCUMENTS.

Signature of the Grievance Coordinator: [signature] #36 Date: 6/23/23

# Nassau County Sheriff's Department
# Division of Correction
# Inmate Grievance Receipt

**To:** Inmate WOODSON , AJAB

CC# 23000746
Location: E1D11

**From: Grievance Unit**

**Date:** 6/20/2023

**Subject: Your Grievance**

This is to acknowledge receipt of your Grievance in reference to MEDICAL

Dated 6/17/2023

A Grievance Investigator will contact you concerning this matter.

Grievance Unit

CC-4971-A.7/03

Distribution: 1 Copy - Grievance Unit, 1 Copy - Inmate

# Nassau County Sheriff's Department
# Division of Correction
# Inmate Grievance Receipt

**To:** Inmate woodson , ajab

CC# 23000746

Location: E1A10

**From: Grievance Unit**

**Date:** 6/22/2023

**Subject: Your Grievance**

This is to acknowledge receipt of your Grievance in reference to MEDICAL

Dated 6/20/2023

A Grievance Investigator will contact you concerning this matter.

Grievance Unit

CC-4971-A.7/03

Distribution: 1 Copy - Grievance Unit, 1 Copy - Inmate

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 3/13/23 (Fecha) Unit: [illegible]

Inmate's Name: [illegible] (Nombre de preso)

Inmate number: 1987080077 (Numbrero) DOB: 3 4 67

Reason for medical appointment (Razon para tratamiento medico): Right elbow needs serious medication and x-ray for chipped bone. Not getting better

How long have you had this problem? ____________ (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☐ Yes ☐ No

Comments: ____________

Nurse Stamp & Signature: [signature] Date: [illegible] Time: [illegible]

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ______ Time: ______

Disposition: ☐ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☐ Other: ______

Triage RN Stamp & Signature: ______

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 4.4.23 (Fecha) Unit: 02 D 17

Inmate's Name: Woodson (Nombre de preso)

Inmate number: 1981000779 DOB: 3 4 67 (Numbrero)

Reason for medical appointment (Razon para tratamiento medico): [illegible] fungus [illegible]

How long have you had this problem? 5 days
(Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☐ Yes ☑ No

Comments: ______

Nurse Stamp & Signature: [illegible] Date: 4/4/4 Time: [illegible]

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** [illegible]

**S:** ______

**O:** ______

**A:** ______

**P:** ______

HCP/RN Stamp & Signature: ______ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

(GRIEVANCE!)

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

For use by medical personnel only: (Completado por personal medico)

Date Received: ____ Time: ____

Disposition: ☐ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☑ Other: ____

Triage RN Stamp & Signature: ____

**Part A: To be completed by the inmate**
(Parte A: Completado por preso)

Date: 4.5.23 (Fecha) Unit: E1 D 11

Inmate's Name: Woodson, Ajmb (Nombre de preso) Inmate number: 1987[illegible] (Numbrero) DOB: 3/4/[illegible]

Reason for medical appointment (Razon para tratamiento medico): I have pain and swelling so bad i cannot lift a spoon to eat. I have a person writing this for me i cannot write, my Arm is swollen severe pain is so bad, i cannot sleep. All im getting is motrin. I asked for MRI of Elbow Because i feel broken Bone is not only issue i Believe there is muscular Damage

How long have you had this problem? 3/17/23 (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☑ Yes ☐ No

Comments: this is a grievance because sick calls are not being regarded. I am losing muscle mass in Arm. It feel like Jelly now.

Nurse Stamp & Signature: [signature] Date: 5/5/23 Time: 10:30Am

**Part B: To be completed by medical personnel - DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - NO ESCRIBAS DEBAJO DE ESTA LINEA)

B/P: ____ T: ____ P: ____ R: ____ SpO2: ____ WT: ____ BMI: ____

S: ____

O: ____

A: ____

P: ____

HCP/RN Stamp & Signature: ____ Date: ____ Time: ____

*Distribution:* WHITE - Medical Triage PINK - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☑ Other: Bone Specialist (ORTHO)

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 4.13.2023 Unit: D2D 17
(Fecha)

Inmate's Name: Woodson, Adar
(Nombre de preso)

Inmate number: 1981080019 DOB: 2/4/69
(Numbrero)

Reason for medical appointment (Razon para tratamiento medico): I am x-ray on [illegible] of my right elbow tip. I don't have confidence in any other than an orthopedic doctor / specialist diagnosing and treatment. My career depends on my mobility in this body extremity.

How long have you had this problem? 11.18.22 Have you been seen before for the same problem? ☑ Yes ☐ No
(Cuanto tiempo tienes con este problema?)

Comments: I do not trust medical staff to diagnose this specific issue. I would like any diagnosis sent to Fidelis care my insurance carrier.

Nurse Stamp & Signature: ____________ Date: [illegible] Time: ____________

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**

B/P: ______ T: ______ P: ______ R: ______ SpO2: ______ WT: ______ BMI: ______

S: ____________

O: ____________

A: ____________

P: ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 4·21·2023 (Fecha) Unit: E1D 11

Inmate's Name: Warren, AJAB (Nombre de preso)

Inmate number: 1987080079 (Numbrero) DOB: 3·4·69

Reason for medical appointment (Razon para tratamiento medico): Broken Elbow Swelling again lot of pain in joint. No sling to keep stable anymore since being moved from medical. Broken ribs are causing alot of pain in side seems like poking feeling when breathing.

How long have you had this problem? 3·18·23 (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: orthopedics said i needed more time to heal no planning suddenly decided to move me from medical before time.

Nurse Stamp & Signature: [signature] Date: 4/21/23 Time: 0840

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

## SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

For use by medical personnel only: (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH
☐ Dental ☒ Podiatrist ☐ Eye Doctor
☒ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 4.21.23 (Fecha) Unit: E1D11

Inmate's Name: AJAB WATSON (Nombre de preso)

Inmate number: 1987080019 (Numbrero) DOB: 3469

Reason for medical appointment (Razon para tratamiento medico): Lower Back tremendous pain right side feels Numb, Having trouble walking.

How long have you had this problem? ____________ (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☐ Yes ☐ No

Comments: ____________

Nurse Stamp & Signature: [signature] Date: 4/21/23 Time: 2/00

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH
☐ Dental ☑ Podiatrist ☐ Eye Doctor
☑ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: [illegible] (Fecha) Unit: [illegible]

Inmate's Name: [illegible] (Nombre de preso)

Inmate number: [illegible] (Numbrero) DOB: [illegible]

Reason for medical appointment (Razon para tratamiento medico): [illegible]

How long have you had this problem? [illegible] (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☑ Yes ☐ No

Comments: [illegible]

Nurse Stamp & Signature: [illegible] Date: [illegible] Time: [illegible]

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: [illegible] (Fecha) Unit: [illegible]

Inmate's Name: [illegible] (Nombre de preso)

Inmate number: [illegible] (Numbrero) DOB: [illegible]

Reason for medical appointment (Razon para tratamiento medico): [illegible] ... Judge Robert Schwartz ... permanent ... F.C.I.R. [illegible]

How long have you had this problem? [illegible] (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: [illegible] ... Robert Schwartz ... [illegible]

Nurse Stamp & Signature: [illegible] RN Date: [illegible] Time: ____________

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ____________ Time: ____________

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

For use by medical personnel only: (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 4.22.23 (Fecha) Unit: E1D

Inmate's Name: Woodson, Ron (Nombre de preso) Inmate number: 1987080077 (Numbrero) DOB: 3/4/69

Reason for medical appointment (Razon para tratamiento medico): I would like copies of my medical information fr NCCF. Sent to me and my Judge Robert Schwartz 252 county seat drive mineola N.Y. This is pertinent to my case and rightfully requ ired as per F.O.I. A USC 1983

How long have you had this problem? 2.18.23 (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: A copy of this request is being sent to my Judge Honorable Robert Schwartz for review.

Nurse Stamp & Signature: [signature] Date: 4/22 Time: 1930

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 4-25-23 Unit: C1D 11
(Fecha)

Inmate's Name: Woodson Duane
(Nombre de preso)

Inmate number: 1987080079 DOB: 3/4/69
(Numbrero)

Reason for medical appointment (Razon para tratamiento medico): my right arm is still not healed. It is still very painfull and swollen from [illegible] because I was moved from medical with no sling or splint to keep the movement minimized so it seems I am constantly re-injuring it. It is my dominant arm and I use it to work.

How long have you had this problem? 3-16-23 Have you been seen before for the same problem? ☒ Yes ☐ No
(Cuanto tiempo tienes con este problema?)

Comments: it seems I was prematurely moved from medical as a [illegible] for comments made about DR Fleming?

Nurse Stamp & Signature: ____________ Date: [illegible] Time: ____________

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ____________ Time: ____________

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

**Part A: To be completed by the inmate**
(Parte A: Completado por preso)

Date: 4.26.23 (Fecha) Unit: E1D11

Inmate's Name: WOODSON, AJAB (Nombre de preso)

Inmate number: 1987080079 (Numbrero) DOB: 3/4/69

Reason for medical appointment (Razon para tratamiento medico): I NEED A COPY OF MEDICAL RECORDS FROM 3.18.2023 – PRESENT. THIS IS NEEDED FOR MY legal defense. To be presented to Honorable Judge Robert Schwartz. I accordance with CPL 200.95 FOIA discovery by Institution. A FOIA was filled out by myself with Nurse during sick call 4.23.23

How long have you had this problem? 3-18-23
(Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: ____________

Nurse Stamp & Signature: [illegible] Date: 4/26 Time: [illegible]

**Part B: To be completed by medical personnel - DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 4/26/23 (Fecha) Unit: E1D 111

Inmate's Name: Woodson, Adams (Nombre de preso) Inmate number: 1987[illegible] DOB: 3/4/69 (Numbrero)

Reason for medical appointment (Razon para tratamiento medico): I am taking my medical protein supplements [illegible] portion of food [illegible] [illegible] am [illegible] [illegible] also I am 54 years old and [illegible] from broken bones need extra to facilitate proper healing. I need [illegible]

How long have you had this problem? 3/10/23 (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: ____________

Nurse Stamp & Signature: [signature] Date: 4/16 Time: 2:00

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

For use by medical personnel only: (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 11/15/4/23 (Fecha) Unit: E1D11

Inmate's Name: Woodson, AJAB (Nombre de preso)

Inmate number: 1986080379 (Numbrero) DOB: 3/4/69

Reason for medical appointment (Razon para tratamiento medico): THIS IS ANOTHER MAIL REQUEST

How long have you had this problem? N/A (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: ____________

Nurse Stamp & Signature: ____________ Date: 11/15 Time: 1009

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 6.24.23 (Fecha) Unit: E1A 10

Inmate's Name: Woodson, AJAB (Nombre de preso)

Inmate number: 1987080079 (Numbrero) DOB: 3/4/69

Reason for medical appointment (Razon para tratamiento medico): I Am still expiriancing alot of pain and stiffness in my right arm. My shoulder is now giving me problems on the right side. I am receiving no treatment for my issues other than tylenol. This can't be good for my recovery process. I would like a new opinion.

How long have you had this problem? 90 days (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: I guess the medical staff at NCCF has now seen fit to completely ignore and neglect my injuries.

Nurse Stamp & Signature: [signature] Date: 6/23/23 Time: ____________

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ____________ Time: ____________

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 6.24.23 (Fecha) Unit: E1A 10

Inmate's Name: WOODSON, AJAB (Nombre de preso)

Inmate number: 1987080079 (Numbrero) DOB: 3/4/69

Reason for medical appointment (Razon para tratamiento medico): I am Now Experiencing Shoulder pain and stiffness on the Right side my Elbow Continues to lock and my muscle is very weak and sore. It seems my condition is worsening.

How long have you had this problem? 97 days (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: I was placed back in general population w with little or No professional treatment except meds.

Nurse Stamp & Signature: S. F[illegible] Date: 6/25/23 Time: [illegible]

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

**New York State Commission of Correction**
**Inmate Grievance Form**
**Form SCOC 7032-1 (11/2015)**

**Facility:** NASSAU County (MEDICAL) Corrections **Housing Location:** D2D 5

**Name of Inmate:** AJAB Woodson **Grievance #:** 088-06-23

**Brief Description of the Grievance *(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

Since my M.R.I. i still have not been taken care of. My results show multiple areas of tissue damage. I am in pain to the point i cannot sleep a full night without crying. this is the most suffering i have endured in my 54 years of life. I am in need of a specialists care. N.C.C.F. STAFF is fully Aware

**Action requested by the grievant *(Submitted by the grievant within 5 days of occurrence)*:**
**Number of Additional Sheets Attached ( )**

I would like my injuries repaired by Qualified Surgeons and Recovery in a humane area with adequate health and human services. It has been almost 90 days of Suffering at the hands of N.C.C.F. Dr Henning

**Grievant Signature:** [signature] **Date/Time Submitted:** 6.14.23

**Receiving Staff Signature:** Knight **Date/Time Received:** 6/20/23

**Investigation Completed by:** Knight **Date Completed:** 6/27/23

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
☐ **Grievance Accepted**
☑ **Grievance Denied on Merits**
☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

As per medical, grievant's evaluation has revealed that surgery is not indicated at this time. Medical reports that grievant has been treated by an Orthopedic provider, Receives Physical Therapy and Medication for pain.

**Signature of the Grievance Coordinator:** Sgt [signature] #36 **Date:** 6/27/23

055-065-23

New York State Commission of Correction
Inmate Grievance Form Part II

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO C.A.O. FOR DETERMINATION

Grievant's Appeal to the Chief Administrative Officer
*Must submit within two business days of receipt of the Grievance Coordinator's written decision*
I have read the above decision of the Grievance Coordinator and
( ) I agree to accept the decision
(X) I am appealing to the Chief Administrative Officer

Grievant Signature: [signature] Date: 6·26·23

Decision of the Chief Administrative Officer: Number of Sheets Attached ( )
*Shall be issued within five business days after receipt of appeal and provided to grievant*

☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CPCRC)
☐ Grievance Accepted (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(I))
☒ Grievance Denied on Merits
☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (may be appealed to CPCRC)
☐ Grievance Denied due to appeal submitted beyond 2 business days (may be appealed to CPCRC)
☐ Grievance Accepted in part/Denied in part (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(I) for the Accepted portion of grievance)

Signature of the Chief Administrative Officer: [signature] Date: 7/7/23

Pursuant to 9 NYCRR §7032.5(a), any grievant may appeal any grievance DENIED by the facility administrator, in whole or in part, to the State Commission of Correction.

I have read the above decision of the Chief Administrative Officer and
( ) I agree to accept the decision
(X) I am appealing to the Citizen's Policy and Complaint Review Council

Grievant Signature: [signature] Date:

## Submission to the Citizen's Policy and Complaint Review Council

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO CPCRC UNLESS C.A.O. HAS ACCEPTED THE GRIEVANCE IN ITS ENTIRETY

NOTE: A GRIEVANCE ACCEPTED IN ITS ENTIRETY BY THE CHIEF ADMINISTRATIVE OFFICER OR FOUND NON-GRIEVABLE BY THE CHIEF ADMINISTRATIVE OFFICER MAY NOT BE APPEALED, AND SHALL NOT BE FORWARDED, TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL.

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL. I HAVE ENCLOSED WITH THIS GRIEVANCE THE INVESTIGATION REPORT, THE WRITTEN DIRECTIVE OF PROVIDED REMEDY/RELIEF FOR GRIEVANCES SUSTAINED IN PART (IF APPLICABLE) AND ALL OTHER PERTINENT DOCUMENTS.

Signature of the Grievance Coordinator: [signature] Date: 7·10·23

[signature] #36 7/12/23

**New York State Commission of Correction**
**Inmate Grievance Form**
**Form SCOC 7032-1 (11/2015)**

**Facility:** Nassau County Correctional Facility **Housing Location:** D2 D 5
**Name of Inmate:** Woodson, Ajmb **Grievance #:** 102-06-23

**Brief Description of the Grievance *(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

I was seen at N.U.M.C by a colleague of DR Hennig. I disagree with his diagnosis based on the fact it is biased due to Legal action being sought on my behalf. The dr. At N.U.M.C. actually mentioned DR Hennig during my consultation. I don't consider it a second opinion diagnosis when both doctors are close colleagues!

**Action requested by the grievant *(Submitted by the grievant within 5 days of occurrence)*:**
**Number of Additional Sheets Attached ( )**

I would like to see a specialist outside of the Nassau County correctional program circle. Someone Not affiliated with DR Hennig, N.C.C.F. or N.U.M.C. I feel this way i will get an honest "Non Biased" opinion.

**Grievant Signature:** [signature] **Date/Time Submitted:** 6.20.23
**Receiving Staff Signature:** Knight **Date/Time Received:** 6/23/23

**Investigation Completed by:** Knight. **Date Completed:** 6/27/2023

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)
- ☐ Grievance Accepted
- ☑ Grievance Denied on Merits
- ☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)
- ☐ Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)

As per Medical grievant's request to see an outside specialist is denied as there is currently no Medical indication for another "Out Side Referral" (H)

**Signature of the Grievance Coordinator:** Sgt. [signature] #36 **Date:** 6/27/23

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
## (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ______ Time: ______

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ______

Triage RN Stamp & Signature: ______

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 7·2·23 (Fecha) Unit: E1A 10

Inmate's Name: AJAB Woodson (Nombre de preso)

Inmate number: 1987080079 (Numbrero) DOB: 3/4/69

Reason for medical appointment (Razon para tratamiento medico): I am still feeling significant pain in my right arm. my Elbow is still swelling and looks disfigured. I feel there is something still wrong with my arm and would like it to be treated for injury.

How long have you had this problem? 106 days (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: I am still trying to have a specialist look at my MRI not x-ray and submit a written diagnosis.

Nurse Stamp & Signature: [signature] Date: 7/3/23 Time: 09:00

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ______

**O:** ______

**A:** ______

**P:** ______

HCP/RN Stamp & Signature: ______ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

For use by medical personnel only: (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**Part A: To be completed by the inmate**
(Parte A: Completado por preso)

Date: 7.20.23 (Fecha) Unit: E1 A 10

Inmate's Name: ____________ (Nombre de preso)

Inmate number: 1987080079 (Numbrero) DOB: 3469

Reason for medical appointment (Razon para tratamiento medico): Still feeling pain in Elbow swelling still around joint. Locking up constantly

How long have you had this problem? ~~4~~ 5 mos (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☑ Yes ☐ No

Comments: I need to see ortho.

Nurse Stamp & Signature: [signature] Date: 7/20/23 Time: ____________

**Part B: To be completed by medical personnel - DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

For use by medical personnel only: (Completado por personal medico)

Date Received: ______________ Time: ______________

Disposition: ☐ Next sick call ☐ MH
☐ Dental ☐ Podiatrist ☐ Eye Doctor
☐ Other: ______________

Triage RN Stamp & Signature: ______________

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 8·19·23 Unit: E1A(10)
(Fecha)

Inmate's Name: WOODSON, AJAB
(Nombre de preso)

Inmate number: 1987080079 DOB: 3/4/69
(Numbrero)

Reason for medical appointment (Razon para tratamiento medico): my Right Elbow is in pain. It locks up when trying to twist inward. It swells often and is hindering me from routine Activities.

How long have you had this problem? 6mos Have you been seen before for the same problem? ☒ Yes ☐ No
(Cuanto tiempo tienes con este problema?)

Comments: The Facility and hospital refuse to do anything to remedy my issue. I'm seeking New MRI Scan.

Nurse Stamp & Signature: S. Franzen Date: 8/19/23 Time: 2pm

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ______________

**O:** ______________

**A:** ______________

**P:** ______________

HCP/RN Stamp & Signature: ______________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

# Nassau County Sheriff's Department
# Division of Correction
# Inmate Grievance Receipt

**To:** Inmate WOODSON , AJAB

CC# 23000746

Location: E1A10

**From: Grievance Unit**

**Date:** 8/28/2023

**Subject: Your Grievance**

This is to acknowledge receipt of your Grievance in reference to MEDICAL

Dated 8/24/2023

A Grievance Investigator will contact you concerning this matter.

Grievance Unit

CC-4971-A.7/03

Distribution: 1 Copy - Grievance Unit, 1 Copy - Inmate

**New York State Commission of Correction**
**Inmate Grievance Form**
**Form SCOC 7032-1 (11/2015)**

**Facility:** NASSAU COUNTY CORR. FACILITY **Housing Location:** E1A (10)

**Name of Inmate:** AJAR M. WOODSON **Grievance #:** 114-08-23

**Brief Description of the Grievance** ***(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

AFTER EXAUhSTING MY SICK CALL REMEDY. I SUBMITTED A GRIEVANCE PERTAINING TO MY RIGHT ElBOW. The FACILITY SENT ME TO N.U.M.C. TO SEE ORTHOPIEDIST DR. MANCHAKA and he had MEDICAL STUDENTS look at me to return and SAY there is nothing that can be done with my particular kind of injury. I WAS SENT back to facility and Medicated for a REMEDY.

**Action requested by the grievant** ***(Submitted by the grievant within 5 days of occurrence)*****:**
**Number of Additional Sheets Attached ( )**

This diagnosis and medical plan is not a remedy for my injury. I am ASKING that an orthopiedist "NOT Affiliated" with N.C.C.F. MRI my ARM and give a medical plan for recovery, I Believe the DR's AT the N.C.U.C. Are Covering for DR Henning which is there Coleauge. I ALSO WANT TO KNOW WHAT hAPPENED to my previous GRIEVANCE on THIS MATTER.

**Grievant Signature:** [signature] **Date/Time Submitted:** 8.24.23

**Receiving Staff Signature:** **Date/Time Received:** 8-29-23

---

**Investigation Completed by:** (D) **Date Completed:** 9-6-23

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
- ☐ **Grievance Accepted**
- ☑ **Grievance Denied on Merits**
- ☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
- ☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

As per medical, grievant has been treated by ortho-pedic provider with various medication and on-going physical therapy and test, medical advise that there is no indication for the grievant to be sent to a "non-affiliated physician." Additionally, records indicate that all grievances received by the grievant have been answered.

**Signature of the Grievance Coordinator:** Sgt. [signature] #36 **Date:** 9/8/23

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ____________ Time: ____________

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ____________

Triage RN Stamp & Signature: ____________

Part A: To be completed by the inmate
(Parte A: Completado por preso)

Date: 9.7.23 (Fecha)  Unit: E1A(10

Inmate's Name: AJAB Woodson (Nombre de preso)

Inmate number: 1987080779 (Numbrero)  DOB: 3/4/69

Reason for medical appointment (Razon para tratamiento medico): I would like to discuss my Shoulder Elbow pain being caused by laying on my Right Side with my existing mattress completly flat in the middle. I am laying on pure steel at night. Waking up with numbness in Elbow and Shoulder.

How long have you had this problem? ____________ (Cuanto tiempo tienes con este problema?)

Have you been seen before for the same problem? ☐ Yes ☐ No

Comments: ____________

Nurse Stamp & Signature: [signature] Date: 9/7 Time: 9:45

Part B: To be completed by medical personnel - **DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ____________

**O:** ____________

**A:** ____________

**P:** ____________

HCP/RN Stamp & Signature: ____________ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

# Nassau County Sheriff's Department
# Division of Correction
# Inmate Grievance Receipt

**To:** Inmate WOODSON , AJAB

CC# 23000746

Location: E1A10

**From: Grievance Unit**

**Date:** 9/25/2023

**Subject: Your Grievance**

This is to acknowledge receipt of your Grievance in reference to MEDICAL

Dated 9/25/2023

A Grievance Investigator will contact you concerning this matter.

Grievance Unit

CC-4971-A.7/03

Distribution: 1 Copy - Grievance Unit, 1 Copy - Inmate

**New York State Commission of Correction**
**Inmate Grievance Form**
**Form SCOC 7032-1 (11/2015)**

**Facility:** Nassau County Correctional Facility **Housing Location:** E1A (10)

**Name of Inmate:** Woodson, Ajab **Grievance #:** 122-09-23

**Brief Description of the Grievance *(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

Because of my injury to Right Elbow i have developed a severe pain in Right Shoulder from Sleeping on Side with injury trying to Compensate for elbow pressure. I am Requesting a double or thicker mattress to help with my injury healing. I am Currently receiving PT from Jim but injury is Constantly inflamed from sleeping on metal hard surface.

**Action requested by the grievant *(Submitted by the grievant within 5 days of occurrence)*:**
**Number of Additional Sheets Attached ( )**

I Need A Softer Surface to Sleep. I unconsciously sleep on on Side and my Injured elbow and Shoulder and its Causing inflammation due to weight on hard metal Surface.

**Grievant Signature:** [signature] **Date/Time Submitted:**

**Receiving Staff Signature:** Knight **Date/Time Received:** 9/26/23

**Investigation Completed by:** Knight **Date Completed:** 9/29/23

**Decision of the Grievance Coordinator** **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
- ☑ **Grievance Accepted**
- ☐ **Grievance Denied on Merits**
- ☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
- ☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

As per medical, a 2nd mattress is not medically indicated. Grievant's mattress if necessary will be replaced (#)

**Signature of the Grievance Coordinator:** [signature] #36 **Date:** 10/2/23

# Nassau County Sheriff's Department
# Division of Correction
# Inmate Grievance Receipt

**To:** Inmate WOODSON , AJAB

CC# 23000746
Location: E1G15

**From: Grievance Unit**

**Date:** 10/25/2023

**Subject: Your Grievance**

This is to acknowledge receipt of your Grievance in reference to MEDICAL

Dated 10/23/2023

A Grievance Investigator will contact you concerning this matter.

Grievance Unit

CC-4971-A.7/03

Distribution: 1 Copy - Grievance Unit, 1 Copy - Inmate

069-10-23

New York State Commission of Correction
Inmate Grievance Form Part II

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO C.A.O. FOR DETERMINATION

Grievant's Appeal to the Chief Administrative Officer
*Must submit within two business days of receipt of the Grievance Coordinator's written decision*
I have read the above decision of the Grievance Coordinator and
( ) I agree to accept the decision
(✓) I am appealing to the Chief Administrative Officer

Grievant Signature: [signature] Date: 10-26-23

Decision of the Chief Administrative Officer: Number of Sheets Attached ( )
*Shall be issued within five business days after receipt of appeal and provided to grievant*

- ☐ Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CPCRC)
- ☐ Grievance Accepted (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(l))
- ☐ Grievance Denied on Merits
- ☐ Grievance Denied due to submitted beyond 5 days of act or occurrence (may be appealed to CPCRC)
- ☐ Grievance Denied due to appeal submitted beyond 2 business days (may be appealed to CPCRC)
- ☐ Grievance Accepted in part/Denied in part (attach written directive of provided remedy/relief pursuant to 9 NYCRR §7032.4(l) for the Accepted portion of grievance)

______________________________
______________________________
______________________________
______________________________
______________________________

Signature of the Chief Administrative Officer:______________________ Date:__________

Pursuant to 9 NYCRR §7032.5(a), any grievant may appeal any grievance DENIED by the facility administrator, in whole or in part, to the State Commission of Correction.

I have read the above decision of the Chief Administrative Officer and
( ) I agree to accept the decision
( ) I am appealing to the Citizen's Policy and Complaint Review Council

Grievant Signature:______________________ Date:__________

## Submission to the Citizen's Policy and Complaint Review Council

NOTE: IF GRIEVANT HAS BEEN TRANSFERRED OR RELEASED FROM THE FACILITY, FORWARD TO CPCRC UNLESS C.A.O. HAS ACCEPTED THE GRIEVANCE IN ITS ENTIRETY

NOTE: A GRIEVANCE ACCEPTED IN ITS ENTIRETY BY THE CHIEF ADMINISTRATIVE OFFICER OR FOUND NON-GRIEVABLE BY THE CHIEF ADMINISTRATIVE OFFICER MAY NOT BE APPEALED, AND SHALL NOT BE FORWARDED, TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL.

I HAVE ISSUED THE GRIEVANT A RECEIPT INDICATING THE DATE THE APPEAL HAS BEEN SUBMITTED TO THE CITIZEN'S POLICY AND COMPLAINT REVIEW COUNCIL. I HAVE ENCLOSED WITH THIS GRIEVANCE THE INVESTIGATION REPORT, THE WRITTEN DIRECTIVE OF PROVIDED REMEDY/RELIEF FOR GRIEVANCES SUSTAINED IN PART (IF APPLICABLE) AND ALL OTHER PERTINENT DOCUMENTS.

Signature of the Grievance Coordinator:______________________ Date:__________

New York State Commission of Correction
**Inmate Grievance Form**
Form SCOC 7032-1 (11/2015)

**Facility:** N.C.C.F.  **Housing Location:** D2D5

**Name of Inmate:** AJMB WATSON  **Grievance #:** 074-06-23

**Brief Description of the Grievance** ***(Submitted by the grievant within 5 days of occurrence)***
**Number of Sheets Attached ( )**

I WOUID LIKE MY MRI DIAGNOSIS FROM DR STEVEN ERLANGER AND ALL MEDICAL RECORDS SENT HOME OR TO SHELDON GREEN 566 SUNSET DRIVE WOODMERE NY 11598

**Action requested by the grievant (*Submitted by the grievant within 5 days of occurrence*):**
**Number of Additional Sheets Attached ( )**

I WOULD LIKE COPIES OF MY MRI DIAGNOSIS SEND TO MY LAWYER LISTED ABOVE.

**Grievant Signature:** [signature]  **Date/Time Submitted:** 6.13.23

**Receiving Staff Signature:** Knight.  **Date/Time Received:** 6/16/2023

**Investigation Completed by:** Knight.  **Date Completed:** 6/19/2023

**Decision of the Grievance Coordinator**  **Number of Sheets Attached ( )**
***Written decision shall be issued within 5 business days of receipt of grievance and shall include specific facts and reasons underlying the determination***

- ☐ **Non-grievable issue as per 9 NYCRR §7032.4(h) (may not be appealed to CAO)**
- ☑ **Grievance Accepted**
- ☐ **Grievance Denied on Merits**
- ☐ **Grievance Denied due to submitted beyond 5 days of act or occurrence (can be appealed to CAO)**
- ☐ **Grievance Accepted in part/ Denied in part (Note specific Acceptance/Denial parts below)**

Grievance forwarded to Medical. Medical advised that grievants request was completed and will be forwarded to the grievants attorney.

**Signature of the Grievance Coordinator:** [signature] #36  **Date:** 6/22/23

NASSAU HEALTH CARE CORPORATION
NASSAU COUNTY CORRECTIONAL FACILITY

**For use by medical personnel only:** (Completado por personal medico)

Date Received: ______ Time: ______

Disposition: ☐ Next sick call ☐ MH ☐ Dental ☐ Podiatrist ☐ Eye Doctor ☐ Other: ______

Triage RN Stamp & Signature: ______

# SICK CALL REQUEST
# (Peticion Para Tratamiento Medico)

**Part A: To be completed by the inmate**
(Parte A: Completado por preso)

Date: 11.3.23 (Fecha) Unit: E1G 15

Inmate's Name: AJAB WOODSON (Nombre de preso)

Inmate number: 1987080079 DOB: 3/4/69 (Numbrero)

Reason for medical appointment (Razon para tratamiento medico): I am Still having PAIN and restricted movement in my Right Arm due to my previous injury and infection. my Right Shoulder as a result is also in pain. I never recieved a New mattress and am basically Sleeping on A STEEL PlANK.

How long have you had this problem? 7 months (Cuanto tiempo tienes con este problema?) Have you been seen before for the same problem? ☒ Yes ☐ No

Comments: I would like my X-RAY ON Shoulder ORDERED by the ORTHOPEDIST DR. ERLANGER WEEKS ago. ALSO I would Like THE MATTRESS ALSO SUGGESTED BY BOTH DOCTORS.

Nurse Stamp & Signature: [signature] Date: 11-1 Time: 815A

**Part B: To be completed by medical personnel - DO NOT WRITE BELOW THIS LINE**
(Parte B: Completado por personal medico - **NO ESCRIBAS DEBAJO DE ESTA LINEA**)

**B/P:** ______ **T:** ______ **P:** ______ **R:** ______ **SpO2:** ______ **WT:** ______ **BMI:** ______

**S:** ______

**O:** ______

**A:** ______

**P:** ______

HCP/RN Stamp & Signature: ______ Date: ______ Time: ______

***Distribution:*** **WHITE** - Medical Triage **PINK** - Inmate Copy

61584322 (7/18/22) 1.1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 21 2023 ★
LONG ISLAND OFFICE

### D. Leave to Amend

A *pro se* plaintiff should ordinarily be given the opportunity "to amend at least once when a liberal reading of the complaint gives any indication that a valid claim might be stated." Shomo v. City of New York, 579 F.3d 176, 183 (2d Cir. 2009) (internal quotation marks omitted). Indeed, a *pro se* plaintiff who brings a civil rights action "should be 'fairly freely' afforded an opportunity to amend his complaint." Boddie v. N.Y. State Div. of Parole, No. 08-CV-911, 2009 WL 1033786, at *5 (E.D.N.Y. Apr. 17, 2009) (quoting Frazier v. Coughlin, 850 F.2d 129, 130 (2d Cir. 1988)). Yet while "*pro se* plaintiffs are generally given leave to amend a deficient complaint, a district court may deny leave to amend when amendment would be futile." Id. (internal quotation marks and citation omitted).

The Court has carefully considered whether Plaintiff should be granted leave to amend his complaint. In light of Plaintiff's *pro se* status, the Court grants him leave to amend the complaint in accordance with this Order. Plaintiff's amended complaint must be labeled as an "amended complaint," bear the same docket number as this Order, 23-CV-6647 (JMA)(LGD), and must be filed within thirty (30) days from the date of this Order. Plaintiff is advised that an amended complaint completely replaces the original complaint, so Plaintiff must include all allegations he wishes to pursue against each proper Defendant named in the amended complaint. Further, if Plaintiff does not file an amended complaint within the time allowed, absent a showing of good cause, judgment shall enter, and this case shall be closed.

## III. CONCLUSION

For the forgoing reasons, the Plaintiff's application to proceed *in forma pauperis* is granted. However, Plaintiff's Section 1983 claims are *sua sponte* dismissed without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii) and 1915A(b)(1) for failure to state a claim for

FIRST.CLASS FIRST.CLASS

EDWIN GRIFFIN
100 CARMEN AVENUE
EAST MEADOW N.Y. 11554
LOC: E1B2 ICN# 1990070095
CC# 2023001177

9589 0710 5270 1341 6928 38

US POSTAGE IMI PITNEY BOWES
ZIP 11554 $ 011.41⁰
02 4W
0000377001 DEC. 19. 2023

# FIRST CLASS MAIL

(COURT CLERK) OF:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA CENTRAL ISLIP N.Y.
11722
*ATTN* PRO-SE OFFICE

USMS

LN 12/21