*Thompson Law, P.C.*

*43 West 43rd Street, Ste. 436*
*New York, NY 10036*

*Walter John Thompson, Esq.*
*Telephone (646) 922-8900*
*Facsimile (646) 944-8886*

*Email: wjt@thompsonlawnyc.com*
*Web: www. Thompsonlawnyc.com*

October 29, 2026

BY ECF:
Honorable Lee G. Dunst
United States District Judge
Eastern District of New York (Central Islip)
100 Federal Plaza, room 830
Central Islip, NY 11722

Re: Woodson v. Nassau County, et al.,
Civil Action No.: 2:23-cv-06647

Honorable Magistrate Dunst:

As you are aware, our office represents Plaintiff in the above-referenced matter. Counsel for Plaintiff and Defendant jointly submit this report to update the Court regarding the status of discovery. The parties respectfully advise the Court of the following:

1. The parties filed proposed scheduling order see DE 181, the Court approved Proposed Scheduling Order on October 13, 2026.

2. New Counsel for Defendant Nassau County filed their Notice of Appearance on October 15, 2026, per the Court's order Docket text dated October 13, 2026, it was due by October 23, 2026.

3. The Plaintiff is scheduled for his independent medical examination on December 14, 2026.

4. The parties will continue to work cooperatively and coordinate the remaining depositions to be completed by December 18, 2026.

The parties respectfully submit this update to the Court and will advise the Court of any further developments as necessary.

We appreciate the Court's kind courtesies per this request.

Respectfully yours,

W. John Thompson, Esq

cc: Alexander Sansone, Esq.
asan541459@msn.com

Katy Cole, Esq.
Katy.Cole@gtlaw.com